73 A.3d 575

Alvin MINOR, Appellant

v.

BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 20, 2013.

## ORDER

PER CURIAM.

AND NOW, this 20th day of August, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**

73 A.3d 575

Derrald HANDY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 20, 2013.

While again, I support the majority's holding, I regard the considerations as being of a more mixed nature than is reflected on the face of the majority opinion.

Mr. Derrald Handy, Pro Se, appellant.

Chad L. Allensworth, Esq., PA Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation and Parole.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**

73 A.3d 576

**David D. RICHARDSON, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, John E. Wetzel, Secretary, Department of Corrections; and Kathleen G. Kane, Attorney General, Appellees.**

**No. 7 MAP 2013.**

Supreme Court of Pennsylvania.

Aug. 20, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2013, the Order of the Commonwealth Court is AFFIRMED.